In the Matter of ROBERT HARDWICK et al., Appellants, against BERNHARDT S. KRAMER, as City Clerk of the City of Kingston, et al., Respondents.

Argued September 24, 1951; decided September 24, 1951.

607

*Francis Martocci* for appellants.

*James G. Connelly, Corporation Counsel,* respondent in person and for Bernhardt S. Kramer, as City Clerk of the City of Kingston, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.